ALICE CHANCER, Appellant, *v.* LOUIS CHANCER, Respondent.

Submitted April 20, 1954; decided May 27, 1954.

*Sidney Rothenberg* and *Charles Rothenberg* for appellant.

*Myron A. Ellis* and *Emil K. Ellis* for respondent.

Appeal dismissed, without costs, upon the ground that the questions of law certified are not decisive of the correctness of the order appealed from. (Civ. Prac. Act, § 589, subd. 4, par. [b]; *Langan* v. *First Trust & Deposit Co.,* 296 N. Y. 60.) No opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.